UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62416-CIV-DIMITROULEAS

HAYMANOT MAKONNEN,

  Plaintiff,
vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

  Plaintiff, Haymanot Makonnen, and Defendant, Nova Southeastern University, Inc. (collectively the "Parties") advise the Court that the Parties have resolved the matter in full and will file the appropriate dismissal documents.

  Respectfully submitted this 15th day of September, 2021.

| | |
|---|---|
| s/ *Michelle Cohen Levy* | s/ *Dana Panza Macdonald* |
| Michelle Cohen Levy, Esquire | Dana Panza MacDonald, Esquire |
| Florida Bar No. 0068514 | Florida Bar No. 505315 |
| E-mail: Michelle@CohenLevyLegal.com | E-mail: dmacdonald@panzamaurer.com |
| The Law Office of Michelle Cohen Levy, PA | Richard A. Beauchamp, Esquire |
| 4400 N. Federal Highway | Florida Bar No. 471313 |
| Lighthouse Point, Florida 33064 | E-mail: rbeauchamp@panzamaurer.com |
| Telephone: (954) 651-9196 | Panza, Maurer & Maynard, P.A. |
| Counsel for Plaintiff | 2400 E. Commercial Blvd, Suite 905 |
| | Fort Lauderdale, Florida 33308 |
| | Telephone: (954) 390-0100 |
| | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

s/Michelle Cohen Levy
Michelle Cohen Levy