UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62416-CIV-DIMITROULEAS

HAYMANOT MAKONNEN,

    Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 22] ("Stipulation"), filed on September 27, 2021. The Court has carefully considered the Stipulation and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 22] is hereby **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. Though the parties request that the Court shall retain jurisdiction for the purpose of enforcing their settlement agreement, the Court lacks the power to do so. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . **the parties must *condition the effectiveness* of the stipulation on the district court's entry of an order retaining jurisdiction**.")(emphasis added);

4. The Clerk shall **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record